IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

LISA ANDREWS,

        Appellant,

v.

SOUTHERN SHORES REALTY,
INC.,

        Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-4002

Opinion filed June 1, 2017.

An appeal from the Circuit Court for Santa Rosa County.
John F. Simon, Judge.

Ryan M. Barnett of Whibbs Stone Barrett, P.A., Pensacola, for Appellant.

Shari Thieman-Greene and Ashley Gartman of Lynchard, Greene & Seely,
P.L.L.C., Navarre, for Appellee.

PER CURIAM.

        AFFIRMED.

WOLF, RAY, and BILBREY, JJ., CONCUR.